Stoerk-Bison Company, appellee, v. Alexander Marketing Company, appellant. Gen. No. 26,099.
Action for damages resulting from the inferior quality of cucumbers shipped to plaintiff. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.
Blum, Wolfsohn & Blum, for appellant. Stewart Reed Brown, for appellee.
Mr. Justice Taylor delivered the opinion of the court.

---

Henry J. Vavrinek, appellant, v. William J. McGovern and W. A. Kennedy. W. A. Kennedy, appellee. Gen. No. 25,733.
Action on a judgment note. Judgment by confession opened to allow defense by appellee. Verdict and judgment for appellee. Appeal from the Municipal Court of Chicago; the Hon. John Stelk, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed October 5, 1921.
L. J. Haigler, for appellant. Frank Posvic, for appellee; Otto F. Ring, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

---

James S. Deming, administrator of the estate of Mary A. Culhane, deceased, appellee, v. Chicago City Railway Company and Chicago Railways Company, appellants. Gen. No. 25,768.
Suit by administrator under the Injuries Act for damages for the death of plaintiff's intestate, a child, who was struck by defendants' street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed October 5, 1921. *Certiorari* denied by Supreme Court (making opinion final).
Frank L. Kriete and William H. Symmes, for appellants; J. R. Guilliams and Joseph D. Ryan, of counsel. Charles C. Spencer and Arthur A. House, for appellee; James V. Cunningham, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Murphy, plaintiff in error. Gen. No. 25,798.
Prosecution for vagrancy. Jury waived and finding of guilty by the court. Defendant sentenced to the house of correction. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed October 5, 1921.
John M. Lonergan, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.
Mr. Justice Thomson delivered the opinion of the court.